# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MULLIS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RICK MOORE,<br><br>　　　　　　　　Defendant. | 3:22-cv-00428-CSD<br><br>**ORDER**<br><br>Re: ECF No. 28 |

Before the court is Plaintiff's Motion to Dismiss. (ECF No. 28.) Defendant has filed a Notice of Non-Opposition to Plaintiff's Motion to Dismiss. (ECF No. 29.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (ECF No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED: June 8, 2023.

_____
Craig S. Denney
United States Magistrate Judge

1